Herman H. Oppenheimer v. Trebla Realty Company and Others.—Motion denied, with ten dollars costs. Present—Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John W. Prescott v. Robins Dry Dock and Repair Company.—Motion denied, with ten dollars costs. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Florence R. Weeks v. Rodisi Holding Company and Others.—Motion granted so far as to allow appellant to insert in the printed papers as filed the statement required by rule 41 of the General Rules of Practice, and to allow appellant to serve notice of argument for such day as he deems proper. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Louis S. Price.—Motion denied and appeal dismissed. Present—Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Louis Nadel, Impleaded, etc.—Motion granted by extending defendant's time to April fifteenth; but no further extension will be granted. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Herman Fromme, an Attorney.—Referred to official referee. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Martin O'Brian, an Attorney.—Referred to official referee. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Charles S. Simpkins, an Attorney.—Motion granted. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.